United States District Court
Southern District of Texas
**ENTERED**
October 23, 2015
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| TOMASA DURAN, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 3:14-CV-186 |
| | § | |
| GALVESTON COUNTY, TEXAS, | § | |
| | § | |
| Defendant. | § | |

## ORDER

It is **ORDERED** that all deadlines are **STAYED** until further notice. Docket Call scheduled for Thursday, October 29, 2015 is hereby **CANCELLED**.

SIGNED at Galveston, Texas, this 23rd day of October, 2015.

George C. Hanks Jr.
United States District Judge